# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| MUFARID TAKREEM AMIMI, | ) |
| Petitioner, | ) |
| v. | ) Case No.: 4:20-cv-00906-AMM-JHE |
| DIANE WITTE, et al., | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

The magistrate judge filed a report on September 16, 2020, recommending this 28 U.S.C. § 2241 action be dismissed as moot. (Doc. 23). Although the magistrate judge advised the petitioner of his right to file specific written objections within fourteen (14) days, no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendation. Because Petitioner has been removed, the court can no longer provide meaningful relief. Thus, the court finds that the petition for writ of habeas corpus is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003). Accordingly, Respondents' motion to dismiss, (doc. 22), is granted and the petition is dismissed.

**DONE** and **ORDERED** this 28th day of October, 2020.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE